DAVID W. HUTTER et al., Appellants, v. LEVITT & SONS, INCORPORATED, Respondent.—

Martuscello, Acting P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.